UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:                                                    Case No.3:12-bk-03499-PMG
                                                          Chapter 13
DAVID ALLEN RENEAU

_____Debtor._____

## ORDER ON MOTION BY CREDITOR SECRETARY OF VETERANS AFFAIRS TO DISMISS CASE WITH PREJUDICE, TO PREVENT THE REFILNG OF A BANKRUPTCY PETITION BY DEBTOR AND HIS SPOUSE, AND BY EXTENDING THE PREJUDICE PERIOD FOR TWO YEARS FROM DATE OF DISMISSAL OF PENDING CASE

**THIS CASE** came on for hearing on October 3, 2012 to consider the Motion by Creditor Secretary of Veterans Affairs (D.E. 37) filed on August 3, 2012.

The Court Denies the Motion in part. Should this case be dismissed for any reason including failure for Debtor to bring his plan current, Debtor and his spouse shall be barred from filing another petition for two hundred and seventy (270) days from the date of dismissal.

Any new bankruptcy petition filed by the Debtor or his spouse shall not stay state court foreclosure proceedings for the property indicated below:

> **Lot 14, Block 3, MANDARIN WALK, Unit Two, according to the plat thereof as recorded in Plat Book 40, Page 15, 15A and 15B, of the current Public Records of Duval County, Florida.**
>
> a/k/a 10595 Buggywhip Drive, Jacksonville, Fl. 32223

Dated: _October 11, 2012_.

BY THE COURT

_____
PAUL M. GLENN
United States Bankruptcy Judge

**Copies furnished to:**
Steven M. Davis, Esq.
Christopher R. Demetros, Esq.